# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ceridian Corporation, a Delaware corporation, and Ceridian Canada Ltd., a Canadian corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMEC Earth & Environmental, Inc., a Nevada corporation,<br><br>　　　　　　Defendant. | Civil No. 09-1639 (RHK/SRN)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the parties' Stipulation (Doc. No. 18), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on the merits and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 22, 2010

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge